# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**REGINALD ANDREW PAULK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2505

[April 25, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case Nos. 50-2019-CF-010829-AXXX-MB; 50-2021-CF-0008309-AXXX-WB.

Reginald Andrew Paulk, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***